IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS O'TOOLE and REBECCA O'TOOLE, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 12-1272 |
| v. | ) ) | Judge Cathy Bissoon |
| THE HOME DEPOT U.S.A., INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Having reviewed Plaintiff's Motion for Reconsideration (Doc. 24), and Defendant's Response thereto (Doc. 25), it is hereby ORDERED that Plaintiff's Motion (**Doc. 24**) is **DENIED**.

In addition, Plaintiffs are advised that the undersigned does not accept correspondence from litigants or their counsel, absent permission of the Court, and that the only proper way to communicate in writing with the Court is through the filing of motions, responses and other papers contemplated in the Federal Rules of Civil Procedure, this Court's Local Rules and consistent with the undersigned's practices and procedures (http://www.pawd.uscourts.gov/Documents/Judge/bissoon_pp.pdf). Should Plaintiffs require guidance regarding the procedures for filing documents, they may contact the Clerk's Office, 412.208.7500. At a minimum, Plaintiffs should understand that mailing materials directly to the Judge's Chambers is ineffectual, and any future mailings to Chambers, not requested by the Court, will be disregarded.

Finally, Plaintiffs are reminded of their obligation to serve filings in this case on Defendant's counsel of record *in this case*, Mr. Alan Wolfson. *Cf.* Pl.'s Mot. (Doc. 24)

(showing service of Motion on attorney who is not counsel of record in this case).

The Court's Order dated April 4, 2013 (Doc. 19) spelled out, in detail, Plaintiffs' obligations regarding service, including the submission of a certificate of service. *See id.* at ¶ 7. Plaintiffs' *pro se* status offers them no excuse for failing to comply with Court Orders. *See id.* ("Plaintiffs' *pro se* status [notwithstanding], it is the Court's expectation that they will comply with all Court Orders and deadlines").

      IT IS SO ORDERED.


June 25, 2013                                                s\Cathy Bissoon
                                                            Cathy Bissoon
                                                            United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

Thomas O'Toole
2813 Stanley St.
South Park, PA  15129

Rebecca O'Toole
2813 Stanley St.
South Park, PA 15129